**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
FLORIDA PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Brandon Blackmore v 3M Company*, 3:19-cv-01502 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Brandon Blackmore voluntarily dismisses the above-captioned action and Complaint without prejudice. The Defendants have not served an answer or a motion for summary judgment.

Respectfully submitted,

Dated: October 31, 2019

/s/ John C. Enochs
John C. Enochs
(Admitted *Pro Hac Vice*)
Morris Bart LLC
601 Poydras Street, 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (833) 277-4214
*jenochs@morrisbart.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2019, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ John C. Enochs
John C. Enochs